## Western Pennsylvania National Bank *v.* Story, Appellant.

Argued November 10, 1970. *William F. Donatelli,* for appellant; *Thomas L. Sivak,* with him *Popovich & Sivak,* for appellee.

Judgment affirmed.

## Woody *v.* Woody, Appellant.

Argued November 13, 1970. *Caram J. Abood,* with him *Green, Gibson & Abood,* for appellant; *Gilbert E. Caroff,* for appellee.

OPINION PER CURIAM: Decree affirmed. Having made an independent study of the entire record, we are of the opinion that the court below properly granted a decree in divorce in this case.